**Norma Mott NORDBERG**

v.

**Martha SMITH.**

**No. 81–179–M.P.**

Supreme Court of Rhode Island.

April 16, 1981.

Longolucco & Lenihan, William J. Gallogly, Westerly, for petitioner.

Sheffield & Harvey, Ray H. Durfee, Newport, for respondent.

ORDER

The petition for writ of quo warranto is assigned to the May, 1981 motion calendar for oral argument. The parties shall limit their argument to the single issue of whether the clerk to the Board of Tax Assessors holds a "public office" such as would render the writ of quo warranto available to determine the title to said office.

■

**SECURITY MUTUAL INSURANCE CO.**

v.

**Veronica K. MARIA et al.**

**No. 81–29–A.**

Supreme Court of Rhode Island.

April 16, 1981.

Bennett R. Gallo, Providence, for plaintiff.

Ronald J. Resmini, Providence, for defendants.

ORDER

The defendants' motion to suspend the briefing requirements in this case pending the filing of an opinion in *Pin Pin Su v.* *Kemper Insurance Companies*, No. 80–263–A is hereby granted.

■

**STATE**

v.

**Joseph CRAVEIRO.**

**No. 81–108–C.A.**

Supreme Court of Rhode Island.

April 16, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Spec. Asst. Atty. Gen., for plaintiff.

Joseph Craveiro, pro se.

ORDER

The defendant has moved for the appointment of counsel to represent him in this appeal. Accordingly, we hereby refer this case to the Public Defender for a determination of defendant's eligibility for representation by that office.